Here we are indeed in court. We hereby extend their acknowledgment of ashes, graves, and boneheads to contents on 3rd June 25, 216 811 a 211Government Order Total Mine Displacement Centre. The simple and false case of Jesus supernatural possibility of nick of Lucifer and else her recall old custom of hedzing or continuance to make and precede can occur in any of the following clauses of the law of the universe. The final clause of the law of the universe is the following. Section 757 of the Constitution seems to say in great clarity that the Department of Health Care Services is in charge of whether a child needs medically necessary services and that CCS is to provide medically necessary services for a reason of medical necessity. So, I think, how does that leave any room for the court to be able to determine what is medically necessary? I think what's important to understand is that the child qualifies for CCS pursuant to the facts of the U.S. Constitution. In terms of services at CCS IEP, we refer the U.S. Constitution to the U.S. Constitution, which is C-3-7-5-A-6, which makes it very clear that any and all disputes and all issues are resolved in the due process and procedures at one point in the U.S. Constitution. So, in terms of the U.S. Constitution, what is the U.S. Constitution? Yes, I'm sorry, it's probably the very first paragraph of Chapter 26.5. It specifies that the child is enacted for the purpose of assigning child responsibility between the two Departments for the provision of related services in the form of occupational and physical therapy services for the purpose of ensuring appropriate public education was provided to the child in case he or she has a medical injury or any other health issues. And, what does CCS mean? It's a function of processing. CCS, I think the court needs to understand that CCS is a program that existed for many years to provide more services to children qualified for the program. Only a small percentage of those services are occupational and physical therapy services. All the regulations and all the law that's decided by CCS certainly apply to those services provided to the majority of the program. However, what Chapter 26.5 did was decide child responsibility for CCS at the Department of Education for the provision of related services. I'm sorry, I'm always using special education law. I tend to always have an individual disability to check, and so the answer to your question is, I'm sorry, that was a question for me. I think more generally, CCS can ensure people who present with stranded or inadequate CCS have a complete process in place. I don't believe CCS as a team process applies in this case. It's certainly not a team process. It existed in the 1450 model. All we ask is that every college student who receives CCS services as part of their IEPs be able to change what system they prefer to use. There are services in an IEP where the child is appropriating these through the procedure safeguards found in 1450, as well as 1565 under the State Institution of Health. If one of those were valid for me, I guess, at the same time, here in this particular situation, there's the question of how does that system work? Well, I think the problem with going through both is that the both processes are completely different. You only learn to participate in an institution, so your institution actually has an obligation to the statute of law states to assign responsibility for the provision of special institution services for most of the state agencies. The purpose of doing this is to define the next 29 days to a 14-12-15-12-15. The purpose is to get law states to maximize our existing program to have an effort to make sure children are provided appropriate services. A state may only receive federal funding. There may be other ideas that have in place effective policies and procedures that ensure most other things. Number one, the students in time to deliver and earn access to a fair and appropriate public education and their students disabilities and other areas are afforded the procedure safeguards found in Section 1450 of IDEA. And you can look at those procedural safeguards, but in terms of parents, I think there's a dispute between the level of service between the parent and the agency, public agency. They have the right to be represented by the council. They have the right to be a part of a hearing officer to hear the case. They have the right to always cross-examine their decision. Also, they have the right to appeal the decision if they disagree with it or not. If you use the question, as I already said to you, the IAOJ has a trust issue over what related issues. The most important level of service is the student. And related services appears to be defined as individual occupational therapy, quote, and may be required to assist a child with a disability or benefit from special education and specific local services included. Parenting. The most useful part of this is to communicate with your child. It's not the same as being a nurse. It's not necessary. So, finding and supporting, if there is a situation in which some level there may be a student who has a disability. Respond to the patient as well. What is required to hear is the IAOJ has a trust issue to say this is really necessary, even though it's not a related service that you want to hear. And we just see this tension. We see this level of medical assistance. We are seeing examples of situations in which a service provided by students might not be of a peer-to-peer medical nature. We see an example where a child with a disability who requires this type of therapy, auto-massage therapy, and has absolutely no access or attention to the education. In cases where there is severe or post-traumatic impairment, a spouse with a wheelchair, a post-traumatic, the IAOJ also gives examples where it's almost impossible to separate out what's medically necessary from educationally necessary. I'm not going to spend too much time on this. I'm going to focus the question and then focus the answer more on this. Is it to mean that if something is simultaneously medically necessary, it's a related service in the sense that it's required to assist a child in offering special education, medically meaning that it necessarily doesn't take it out of a medical condition that it's medically necessary? It's controversial, yeah. Is it to mean that if something is simultaneously necessary, but it's not required to assist a child in that particular situation? Yes. I have seen the examples of people in that situation. In that case, they don't need co-media protection. They just need to determine the level of service, the degree of medical nature that falls outside of their jurisdiction. So the IAOJ is trying to control that. That's a pretty simple example. The example that you provide, for example, might be such that if a medical condition is selected, the IAOJ is used to say, the IAOJ says, this is the goal of the program, the service of assistance, the goal of the requirement, this is what you have to do, that's what the IAOJ says, that's how it's used. And the IAOJ says, That's definitely interesting. I also want to point out, I think this is important for the board to understand, the district court has been there and discussed all the issues that are faced. If you look at the IAOJ's jurisdiction, over six years, there's a lot of things that you call in the decision-making process for J.C., but they've discussed all the issues and the two steps that they have. One of the issues, one of the most important issues, was the issue of the independent assessment. In our case, we have raised the issue in C.C. to fail to comply with the procedures of independent assessments. We've failed on that issue. As a remedy, we were awarded a reimbursement for two subsistence that the federal government paid for. If you actually look at page 26.5, specifically, section 72, on this, that we also need to see, it specifies that in that page, there's a challenge to self-repairing from unscathed AIC, which should be considered by the agency, including the MCTS, as one of its service providers. It's important to understand that the discrimination of that issue, and that's the reason that the assessment is purely received by the agency, and that obviously, it's the solicitor in the courtroom. I would like to understand your position, because this is a case to argue that the IAOJ, of course, must meet specific criteria, and I think the court needs to have the data, and I think the court needs to have the right to challenge that issue, because they did appeal the other night, which is the case, in fact, at the Supreme Court level, on the record, they specifically stated that they were actually looking at the IAOJ's ruling, that they were disputing the IAOJ's requirements for subsistence, which is their opinion, and it was their responsibility as a solicitor. Thank you. Thank you. Thank you. I have a question. I have a question. So, what sort of obligation would there be to be necessary, or just to be education necessary, but not everything necessary? Would there be education, but not everything? I would, I think, as far as separate it out to two, I would take the situation, and I'm going to leave this for a second, something penciled, something that would be purely educationally necessary. I understand that the point was, frankly, maybe we didn't get to hear you, but the Court has understood that in 40 years, there has been a right to challenge the level of services of the federal law that are dictated to the Supreme Court. And for the first time in 40 years, apparently, it's been told that they cannot do this. And that is in violation of the Creed, the ADA, and folks have to raise their child's own responsibility for their decision. We just need to make sure parents have a right to due process, to challenge the level of service dictated to the Supreme Court. And I would have three minutes left, if that makes sense. Thank you. Thank you. Thank you. I just want to make sure that we're clear. I don't think the level of services that are required may be even closer, even closer to the level of services that, essentially, are educationally required. I think that the level of services are now through the child's eyes, and education, we don't speak of typical children's needs. We speak of the educational needs, the local services, the occupational and facility services, and the humanitarian services, so I don't think there's a lot that we can do. I think there's a lot that we can do. I just think that it seems to be tied up. It seems like one of the string forces of it. Yeah. It seems very helpful. Thank you. Thank you so much. But I'm having trouble, because there are several provisions that seem to contemplate the need for humanitarian services. So, there are related services across the areas, and it seems that related services are quite clearly obviously occupational and therapy services. So, I'm trying to figure out what is true and what is not, and if it's okay to answer this question, what should students who are occupational, therapy, services, be subject to a humanitarian and educational system? So, let me break that down a little bit. First, there is no distinct occupational, physical, or any kind of physical need. So, I'm trying to think of the definition of what it is. I don't know. So, I'm not sure that that's an appropriate term for education. However, in federal law, it can be that those services must be brought to federal education agencies. And here, in Alabama, those agencies need to be able to be responsible for achieving federal law, providing any occupational, physical therapy, and any necessary education services. They definitely raise the level of occupational, physical therapy necessary for such a disability. And they turn to us as to how occupational, physical therapy, or any kind of services program, and how the education services program is constructed. In many cases, in the past nine years, well before the ADA, well before Medicaid, well before California, there's been some variation. In fact, in some cases, in some cases, children who receive special education services during their early education, will also receive medical assistance, medical and veterinary services, for eight years. In many cases, it may be overcrowded. It may be multiple agencies responsible for ensuring that a student receives the necessary services. These are the specific types of responsibilities. And in many cases, public and local education agencies are responsible for providing any services of occupational therapy, or physical therapy, pursuant to the conception data, which is received by the agency for the use. And in this situation, we're going to continue to pursue the first three levels of the question of, is the medical necessary, or is the education necessary, in order for the ALG to be fulfilled. However, it comes to the question, in this situation, will the ALG be able to exceed a specific goal, and that is jurisdiction, under the regulations that we're going to talk about here, where in the occupational, physical therapy, or any industry, it's mandated to rule out what is considered a reduction of 0.5, 0.18, and an application for a student to clearly state that any services, and this is only how to be sure of the physical therapy services, or services of occupational therapy, or any other services, not to tell the student that it's necessary, it shall be provided by the local education agency, which, clearly, while in this case, it seems that it stands to reason that it will always be, it's not necessarily provided by your services, but in all directions, it says the agency or subject is, but of course, that does mean that the ALG will be able to make a decision, and it's bound by the decisions of the question, really, is whether this determination is to be made by your services, I'm going to move to the next question, and I'm wondering if you have a question. Yes, yes, I do, I do have a question. I suppose that's an age determination. The application for the service of occupational therapy is a state order, which is administered by the Department of Public Services, or the Department of Public Health. They have, under the federal state code, they distribute requirements that must be met before they can be provided to the agency or subject, and the agency can be very critical to distinguish between occupational therapy, occupational therapy, disease-based products, and not the case code requirement, because this is very, if you have children, it can also be a case of occupational therapy, and it's basically the same thing. I'm going to move on to the next slide, and I'm going to read the state government and the local government, as well as the Department of Public Services. The argument here is that the ALG needs to decide their question, and they need to say that this is an all-services agency, and this is an all-services agency, and they're not going to be able to do it. And the reason for that is because there is a state balance that the agency has to review, and they need to have three balances, which is a question, a question, and a question, and a question, so they can determine if they're going to be able to do it. The Department of Public Services feels that the agency has a jurisdiction to review just how their time and education, questions that they've heard, and education needs to be reviewed. And even though we're an all-services agency, and we're CCDF, and we have authority over this, we still understand that if we're going to do this, we're going to have to get a lot of information first, and we're going to have to get a lot of consent first, and we're going to get a lot of necessity, a lot of money, a lot of authority, and we're going to have to get a lot of consent first, and we're going to have to get a lot of consent first. But when you look at limited services and how they're defined and to include occupational therapy, I'm just trying to figure out, when how they're defined, when limited services seems to be the default, and you include occupational therapy, are you still seeing that as a solution to that really necessary occupational therapy for your system? Is it just an emotional understanding of why you're being treated differently? And I don't know. I read this a little earlier, and I'm not sure if it's true, but limited services include medical conditions that are necessary, certain kinds of medical conditions, and certain kinds of necessary services. If they're educationally relevant, what seems to be more relevant than necessary is a limited service in the sense of educational than it is a quality of service. Of course. Quality of service. Yes. Quality of service. Yes. Much better quality of service than it may seem to be other than necessary. Yes. I'm sorry, but under the federal statute, if it's not even necessary for the student community, how can that be done? I'm sorry, but it's a limited service. Yes. Yes. Thank you. I'm sorry, but I don't know if I answered that question. No, I'm sorry. In fact, HCP, H-A-S-P-E, H-A-S-P-E, is an administrative contract that is authority to rule beyond the number of higher ed institutions. The number of higher ed institutions is an educational divisible entity. Any actions necessary for a child's access to educational needs, such as services, must be provided by the educational agency. Education fee. So, the California Educational Services Act is a local legislative vote. It's a part of what it says. But it also mentions it can't be necessary because it is a reserved energy process area. I'm sorry, but there is no dispute here and I don't have a problem with it. It's one of the health care services that's registered to the Department of Health and Human Services. What we do have is that there are eight administrative boards defined in our A-R-M-M Act. So, that's the question. The question is, do you have jurisdiction over the department? It's a question. The question is, does H-A-S-P-E need authority to work through California Educational Services Program to provide additional benefits and necessary services and it doesn't mean to allow beyond those that are required.  H-A-S-P-E has been incorporated since 2019. It has a need to provide  educational therapy months. There is no dispute that H-A-S-P-E has authority to provide that. However, H-A-S-P-E does need to be registered to the Department of Education. H-A-S-P-E does only provide services when H-A-S-P-E is registered to the Department of Education services and H-A-S-P-E does not need that necessary for child C-D-S eligible medical condition. So, he earns $1025 a position. He earns $1025 by college experts for physical therapy, occupational therapy, and he needs California Department of Prescribing and he has authority to look into physicians and look into C-D-S. He has authority to order C-D-S services and look into C-D-S physicians who are in the South Department or South California   Prescribing and looking into C-D-S  who are  South Department or South California Department of Prescribing and looking into C-D-S physicians who are in the South Department or  California  of Prescribing  looking  C-D-S physicians who are in the South Department or South California Department of Prescribing and looking into C-D-S physicians who are  Department of Prescribing and looking  C-D-S physicians who  South Department of Prescribing and looking into C-D-S physicians who are South Department of Prescribing and looking into C-D-S physicians who are in the South Department of Prescribing and looking into C-D-S physicians who are in the South Department of Prescribing and looking into C-D-S physicians who are in    of Prescribing and looking Department of Prescribing  looking into C-D-S  who are in C-D-S  who are in the South  of Prescribing and looking into C-D-S physicians who are in the South Department of Prescribing and looking into C-D-S physicians who  in  South Department  Prescribing and  into C-D-S physicians who are in the South Department of Prescribing and looking into C-D-S physicians who are    Department of Prescribing  looking into C-D-S physicians C-D-S physicians who  in the  the  Department of Prescribing and          looking into  physicians who are in the South Department of Prescribing and looking into C-D-S physicians who are in the   of Prescribing and  into C-D-S   are in the  Department of Prescribing  are in  Department of Prescribing  looking  C-D-S physicians who are in the Department of Prescribing and looking into C-D-S physicians who are in the Department  Prescribing and looking     the Department of Prescribing  looking into C-D-S physicians who are in the Department of Prescribing and looking into C-D-S physicians who are in the Department of Prescribing and  into in  Department of Prescribing and looking into C-D-S physicians who  in the Department of Prescribing and looking into C-D-S physicians who are in the Department of Prescribing and looking into C-D-S  who  in the Department of   looking into C-D-S physicians of Prescribing and  into  physicians who are
judges: Noonan, W. Fletcher, Murguia